Susan J. HAINES

v.

## UNEMPLOYMENT COMPENSATION BOARD OF REVIEW (Staffmore, LLC)

Petition of Staffmore, LLC, Intervenor.

Supreme Court of Pennsylvania.

May 29, 2013.

### ORDER

PER CURIAM.

AND NOW, this 29th day of May 2013, the Petition for Allowance of Appeal is DENIED. The Petition for Leave to File Supplemental Petition for Allowance of Appeal is also DENIED.